UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re:                                    §
                                          §
DANZER, TIMOTHY H.                        §    Case No. 12-46387
DANZER, SUZANNE M.                        §
                                          §
            Debtor(s)                     §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that BARRY A. CHATZ, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
KENNETH S. GARDNER
CLERK OF THE COURT

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30 AM on 1/2/2014 in Courtroom 680,
United States Courthouse
219 South Dearborn Street
Chicago, Illinois 60604

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 11/14/2013                By: /s/ Barry A. Chatz, Trustee
                                              Barry A. Chatz, Trustee


*BARRY A. CHATZ*
*120 S. RIVERSIDE PLAZA*
*SUITE 1200*
*CHICAGO, IL 60606-0000*

```
                       United States Bankruptcy Court
                        Northern District of Illinois
In re:                                                  Case No. 12-46387-JPC
Timothy H. Danzer                                       Chapter 7
Suzanne M. Danzer
        Debtors
                             CERTIFICATE OF NOTICE
District/off: 0752-1       User: ccabrales            Page 1 of 2      Date Rcvd: Dec 13, 2013
                           Form ID: pdf006            Total Noticed: 22


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 15, 2013.
db/jdb        +Timothy H. Danzer,   Suzanne M. Danzer,   212 South Bothwell Street,   Palatine, IL 60067-6122
19730576      +Blitt & Gaines, P.C.,    661 Glenn Ave,   Wheeling, IL 60090-6017
19730577      +CCO Mortgage,   P.O. Box 42102,   Providence, RI 02940-2102
19730578      +CCO Mortgage,   P.O. Box 42111,   Providence, RI 02940-2111
20442650     +++Capital One, N.A.,   c o Becket and Lee LLP,   Attorneys/Agent for Creditor,   POB 3001,
                Malvern, PA 19355-0701
19730579      +Charter One,   P.O. Box 42008,   Providence, RI 02940-2008
19730580      +Charter One Bank,   Attn: Consumer Loan Operations,   480 Jefferson Boulevard,
                Warwick, RI 02886-1359
19730581       Charter One Bank, N.A.,   1515 Superior Avenue,   Cleveland, OH 44114
19730582       Chase Cardmember Services,   PO Box 15298,   Wilmington, DE 19850-5298
19730583      +Citi Card,   PO Box 6500,   Sioux Falls, SD 57117-6500
19730584      +Citibank, N.A.,   PO Box 6401,   Sioux Falls, SD 57117-6401
19730588      +Nissan Motor Acceptance Corp,   PO Box 9001133,   Louisville, KY 40290-1133
19730589      +Nissan Motor Acceptance Corp,   PO Box 0548,   Carol Stream, IL 60132-0548
19730590       Sears Credit Card,   P.O. Box 6283,   Sioux Falls, SD 57117-6283
19730591      +Therese L. Kendig,   212 South Bothwell Street,   Palatine, IL 60067-6122
20329883       eCAST Settlement Corporation, assignee,   of Chase Bank USA, N.A.,   POB 29262,
                New York, NY 10087-9262

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
20442109       E-mail/PDF: rmscedi@recoverycorp.com Dec 14 2013 00:49:58     Capital Recovery V, LLC,
                c/o Recovery Management Systems Corporat,   25 SE 2nd Avenue Suite 1120,   Miami FL 33131-1605
19730586       E-mail/PDF: mrdiscen@discoverfinancial.com Dec 14 2013 00:55:30     Discover,   P.O. Box 30943,
                Salt Lake City, UT 84130
19730585      +E-mail/PDF: gecsedi@recoverycorp.com Dec 14 2013 00:49:57     Dick’s Sporting Goods,
                GE Money Bank Attn: Bankruptcy Dept,   P.O. Box 103104,   Roswell, GA 30076-9104
20016321       E-mail/PDF: mrdiscen@discoverfinancial.com Dec 14 2013 00:55:30     Discover Bank,
                DB Servicing Corporation,   PO Box 3025,   New Albany, OH 43054-3025
19730587       E-mail/Text: bnckohlsnotices@becket-lee.com Dec 14 2013 00:46:09     Kohl’s,   PO Box 3043,
                Milwaukee, WI 53201-3043
20085704      +E-mail/PDF: resurgentbknotifications@resurgent.com Dec 14 2013 00:48:15
                PYOD, LLC its successors and assigns as assignee,   of Citibank, N.A.,
                Resurgent Capital Services,   PO Box 19008,   Greenville, SC 29602-9008
                                                                                              TOTAL: 6

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
20329884*      eCAST Settlement Corporation, assignee,   of Chase Bank USA, N.A.,   POB 29262,
                New York, NY 10087-9262
20329885*      eCAST Settlement Corporation, assignee,   of Chase Bank USA, N.A.,   POB 29262,
                New York, NY 10087-9262
                                                                                   TOTALS: 0, * 2, ## 0

Addresses marked ‘+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked ‘+++’ were transmitted to the recipient’s preferred mailing address
pursuant to 11 U.S.C. 342(e).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 15, 2013                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 12, 2013 at the address(es) listed below:
              Barry A Chatz    bachatz@arnstein.com,
               bchatz@ecf.epiqsystems.com;jbmedziak@arnstein.com;blsutton@arnstein.com;irsiabc@aol.com
              E. Philip Groben    on behalf of Trustee Barry A Chatz pgroben@cohenandkrol.com,
               trotman@cohenandkrol.com;pmchugh@cohenandkrol.com
```

```
District/off: 0752-1          User: ccabrales           Page 2 of 2              Date Rcvd: Dec 13, 2013
                              Form ID: pdf006           Total Noticed: 22
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          Gina B Krol, ESQ   on behalf of Trustee Barry A Chatz gkrol@cohenandkrol.com,
           jhazdra@cohenandkrol.com;gkrol@cohenandkrol.com;pmchugh@cohenandkrol.com
          Joseph E Cohen   on behalf of Trustee Barry A Chatz jcohen@cohenandkrol.com,
           jcohenattorney@gmail.com;gkrol@cohenandkrol.com
          Patrick S Layng   USTPRegion11.ES.ECF@usdoj.gov
          Robert R Benjamin   on behalf of Joint Debtor Suzanne M. Danzer rrbenjamin@golanchristie.com,
           lreuther@golanchristie.com;mperez@golanchristie.com;myproductionss@gmail.com;asimmons@golanchristie.com;tstephenson@golanchristie.com
          Robert R Benjamin   on behalf of Debtor Timothy H. Danzer rrbenjamin@golanchristie.com,
           lreuther@golanchristie.com;mperez@golanchristie.com;myproductionss@gmail.com;asimmons@golanchristie.com;tstephenson@golanchristie.com
          Ross T Brand   on behalf of Creditor   RBS Citizens NA rbrand@fisherandshapirolaw.com,
           bk_il_notice@fisherandshapirolaw.com
                                                                                                   TOTAL: 8