UNITED STATES BANKRUPTCY COURT
DISTRICT OF

In re: §
§
DANZER, TIMOTHY H. § Case No. 12-46387
DANZER, SUZANNE M. §
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

    BARRY A. CHATZ, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

    3) Total gross receipts of $            (see **Exhibit 1**), minus funds paid to the debtor and third parties of $        (see **Exhibit 2**), yielded net receipts of $            from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter ___ on _____. The case was pending for ___ months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____    By:/s/BARRY A. CHATZ_____
                                                                   Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA |  |  |  |  |  |
| **TOTAL SECURED CLAIMS** |  |  | **$** | **$** | **$** | **$** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BARRY A. CHATZ | | | | | |
| BARRY A. CHATZ | | | | | |
| BANK OF NEW YORK MELLON | | | | | |
| BANK OF NEW YORK MELLON | | | | | |
| BANK OF NEW YORK MELLON | | | | | |
| BANK OF NEW YORK MELLON | | | | | |
| BANK OF NEW YORK MELLON | | | | | |
| BANK OF NEW YORK MELLON | | | | | |
| BANK OF NEW YORK MELLON | | | | | |
| COHEN AND KROL | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase Cardmember Services PO Box 15298 Wilmington, DE 19850-5298 | | | | | |
| | Chase Cardmember Services PO Box 15298 Wilmington, DE 19850-5298 | | | | | |
| | Chase Cardmember Services PO Box 15298 Wilmington, DE 19850-5298 | | | | | |
| | Citi Card PO Box 6500 Sioux Falls, SD 57117 | | | | | |
| | Citibank, N.A. PO Box 6401 Sioux Falls, SD 57117 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Dick's Sporting Goods GE Money Bank Attn: Bankruptcy Dept P.O. Box 103104 Roswell, GA 30076 | | | | | |
| | Discover P.O. Box 30943 Salt Lake City, UT 84130 | | | | | |
| | Discover P.O. Box 30943 Salt Lake City, UT 84130 | | | | | |
| | Kohl's PO Box 3043 Milwaukee, WI 53201-3043 | | | | | |
| | Nissan Motor Acceptance Corp PO Box 9001133 Louisville, KY 40290 | | | | | |
| | Sears Credit Card P.O. Box 6283 Sioux Falls, SD 57117-6283 | | | | | |
| 000010 | CAPITAL ONE NA | | | | | |
| 000009 | CAPITAL RECOVERY V, LLC | | | | | |
| 000001 | DISCOVER BANK | | | | | |
| 000002 | DISCOVER BANK | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000006 | ECAST SETTLEMENT CORP-CHASE BANK | | | | | |
| 000007 | ECAST SETTLEMENT CORP-CHASE BANK | | | | | |
| 000008 | ECAST SETTLEMENT CORP-CHASE BANK | | | | | |
| 000003 | PYOD LLC ASSIGNEE OF CITIBANK NA | | | | | |
| 000004 | PYOD LLC ASSIGNEE OF CITIBANK NA | | | | | |
| 000005 | PYOD LLC ASSIGNEE OF CITIBANK NA | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit 8

| Case No: | 12-46387 | JPC | Judge: JACQUELINE P. COX | Trustee Name: | BARRY A. CHATZ |
|---|---|---|---|---|---|
| Case Name: | DANZER, TIMOTHY H. | | | Date Filed (f) or Converted (c): | 11/26/12 (f) |
| | DANZER, SUZANNE M. | | | 341(a) Meeting Date: | 01/11/13 |
| For Period Ending: | 04/05/14 | | | Claims Bar Date: | 05/08/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Single Family Dwelling 212 South Bothwell Street P | 535,000.00 | 0.00 | | 0.00 | FA |
| 2. Financial Accounts | 70.00 | 0.00 | | 0.00 | FA |
| 3. Financial Accounts | 42.00 | 0.00 | | 0.00 | FA |
| 4. Financial Accounts | 44.00 | 0.00 | | 0.00 | FA |
| 5. Household Goods | 3,500.00 | 0.00 | | 0.00 | FA |
| 6. Wearing Apparel | 400.00 | 0.00 | | 0.00 | FA |
| 7. Furs and Jewelry | 1,000.00 | 0.00 | | 0.00 | FA |
| 8. Firearms and Hobby Equipment | 75.00 | 75.00 | | 0.00 | FA |
| 9. Firearms and Hobby Equipment | 75.00 | 75.00 | | 0.00 | FA |
| 10. Insurance Policies | 8,200.00 | 0.00 | | 0.00 | FA |
| 11. Insurance Policies | 0.00 | 0.00 | | 0.00 | FA |
| 12. Insurance Policies | 0.00 | 0.00 | | 0.00 | FA |
| 13. Insurance Policies | 0.00 | 0.00 | | 0.00 | FA |
| 14. Stock | 3,900.00 | 556.00 | | 10,000.00 | FA |
| 15. Machinery and Supplies | 1,500.00 | 0.00 | | 0.00 | FA |

|  |  |  |  |  | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $553,806.00 | $706.00 | | $10,000.00 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

___

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

ALL FUNDS DISTRIBUTED; PREPARE TDR

Initial Projected Date of Final Report (TFR): 12/31/13     Current Projected Date of Final Report (TFR): 12/31/13

LFORM1

**UST Form 101-7-TDR (5/1/2011)** *(Page: 8)*

Ver: 17.05c

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 12-46387 | Trustee Name: | BARRY A. CHATZ |
|---|---|---|---|
| Case Name: | DANZER, TIMOTHY H. | Bank Name: | BANK OF NEW YORK MELLON |
| | DANZER, SUZANNE M. | Account Number / CD #: | *******9338  Checking Account |
| Taxpayer ID No: | *******9842 | | |
| For Period Ending: | 04/05/14 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 04/10/13 | 14 | TIMOTHY H. DANZER | LITIGATION SETTLEMENT | 1141-000 | 5,000.00 | | 5,000.00 |
| 05/01/13 | 14 | TIMOTHY DANZER | LIQUIDATION OF OTHER SCHEDULED ASSE | 1129-000 | 1,000.00 | | 6,000.00 |
| 05/07/13 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,990.00 |
| 05/23/13 | 14 | TIMOTHY H. DANZER | LIQUIDATION OF OTHER SCHEDULED ASSE | 1129-000 | 1,000.00 | | 6,990.00 |
| 06/07/13 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | 10.00 | 6,980.00 |
| 06/21/13 | 14 | TIMOTHY H. DANZER | LIQUIDATION OF OTHER SCHEDULED ASSE | 1129-000 | 1,000.00 | | 7,980.00 |
| 07/08/13 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | 10.28 | 7,969.72 |
| 07/19/13 | 14 | TIMOTHY H. DANZER | LIQUIDATION OF OTHER SCHEDULED ASSE | 1129-000 | 1,000.00 | | 8,969.72 |
| 08/07/13 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | 12.28 | 8,957.44 |
| 08/21/13 | 14 | TIMOTHY H. DANZER | LIQUIDATION OF OTHER SCHEDULED ASSE | 1129-000 | 1,000.00 | | 9,957.44 |
| 09/09/13 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | 13.75 | 9,943.69 |
| 10/07/13 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | 14.31 | 9,929.38 |
| 11/07/13 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | 14.76 | 9,914.62 |
| 01/03/14 | 300001 | BARRY A. CHATZ 120 S. RIVERSIDE PLAZA SUITE 1200 CHICAGO, IL 60606 | Chapter 7 Compensation/Expense | | | 1,817.72 | 8,096.90 |
| | | | Fees      1,750.00 | 2100-000 | | | |
| | | | Expenses     67.72 | 2200-000 | | | |
| 01/03/14 | 300002 | COHEN AND KROL 105 WEST MADISON STREET SUITE 1105 CHICAGO, IL 60602 | Attorney for Trustee Fees (Other Fi | 3210-000 | | 1,854.00 | 6,242.90 |
| 01/03/14 | 300003 | DISCOVER BANK DB SERVICING CORPORATION PO BOX 3025 NEW ALBANY, OH 43054-3025 | Claim 000001, Payment 5.22% | 7100-000 | | 699.94 | 5,542.96 |
| 01/03/14 | 300004 | DISCOVER BANK | Claim 000002, Payment 5.22% | 7100-000 | | 327.76 | 5,215.20 |

Page Subtotals       10,000.00        4,784.80

Ver: 17.05c

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 9)*

FORM 2

Page: 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 12-46387 | | Trustee Name: | BARRY A. CHATZ |
|---|---|---|---|---|
| Case Name: | DANZER, TIMOTHY H. | | Bank Name: | BANK OF NEW YORK MELLON |
| | DANZER, SUZANNE M. | | Account Number / CD #: | *******9338 Checking Account |
| Taxpayer ID No: | *******9842 | | | |
| For Period Ending: | 04/05/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | DB SERVICING CORPORATION PO BOX 3025 NEW ALBANY, OH 43054-3025 | | | | | |
| 01/03/14 | 300005 | PYOD LLC ASSIGNEE OF CITIBANK NA RESURGENT CAPITAL SERVICES PO BOX 19008 GREENVILLE, SC 29602 | Claim 000003, Payment 5.22% | 7100-000 | | 1,263.52 | 3,951.68 |
| 01/03/14 | 300006 | PYOD,LLC ASSIGNEE OF CITIBANK NA RESURGENT CAPITAL SERVICES PO BOX 19008 GREENVILLE, SC 29602 | Claim 000004, Payment 5.22% | 7100-000 | | 313.82 | 3,637.86 |
| 01/03/14 | 300007 | PYOD LLC ASSIGNEE OF CITIBANK NA RESURGENT CAPITAL SERVICES PO BOX 19008 GREENVILLE, SC 29602 | Claim 000005, Payment 5.22% | 7100-000 | | 127.08 | 3,510.78 |
| 01/03/14 | 300008 | ECAST SETTLEMENT CORP-CHASE BANK PO BOX 29262 NEW YORK, NY 10087-9262 | Claim 000006, Payment 5.22% (6-1) CREDIT CARD DEBT | 7100-000 | | 766.14 | 2,744.64 |
| 01/03/14 | 300009 | ECAST SETTLEMENT CORP-CHASE BANK PO BOX 29262 NEW YORK, NY 10087-9262 | Claim 000007, Payment 5.22% (7-1) CREDIT CARD DEBT | 7100-000 | | 1,267.33 | 1,477.31 |
| 01/03/14 | 300010 | ECAST SETTLEMENT CORP-CHASE BANK PO BOX 29262 NEW YORK, NY 10087-9262 | Claim 000008, Payment 5.22% (8-1) CREDIT CARD DEBT | 7100-000 | | 876.41 | 600.90 |
| 01/03/14 | 300011 | CAPITAL RECOVERY V, LLC C/O RECOVERY MNGMNT SYSTEMS CORP 25 SE 2ND AVENUE SUITE 1120 MIAMI FL 33131-1605 | Claim 000009, Payment 5.22% (9-1) DICK'S SPORTING GOOD MASTERCARD | 7100-000 | | 472.92 | 127.98 |
| 01/03/14 | 300012 | CAPITAL ONE NA C/O BECKET AND LEE LLP | Claim 000010, Payment 5.22% (10-1) CREDIT CARD DEBT | 7100-000 | | 127.98 | 0.00 |

Page Subtotals     0.00     5,215.20

Ver: 17.05c

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 10)*

FORM 2

Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 12-46387 | | Trustee Name: | BARRY A. CHATZ |
|---|---|---|---|---|
| Case Name: | DANZER, TIMOTHY H. | | Bank Name: | BANK OF NEW YORK MELLON |
| | DANZER, SUZANNE M. | | Account Number / CD #: | *******9338 Checking Account |
| Taxpayer ID No: | *******9842 | | | |
| For Period Ending: | 04/05/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | ATTORNEYS/AGENT FOR CREDITOR<br>PO BOX 3001<br>MALVERN, PA 19355-0701 | (10-1)<br>MODIFIED ON 05/7/2013 TO CORRECT<br>CREDITORS ADDRESS (DT) | | | | |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 10,000.00 | 10,000.00 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 10,000.00 | 10,000.00 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 10,000.00 | 10,000.00 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account - *******9338 | 10,000.00 | 10,000.00 | 0.00 |
| | ---------------- | ---------------- | ---------------- |
| | 10,000.00 | 10,000.00 | 0.00 |
| | ========== | ========== | ========== |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals 0.00 0.00

Ver: 17.05c

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 11)*